armed criminal action § 571.015, RSMo 1986. He also appeals from the denial of his Rule 29.15 motion after an evidentiary hearing. The trial court sentenced defendant as a prior, persistent and class X offender to twenty-two years imprisonment for first degree assault and twenty-two years imprisonment for armed criminal action. The sentences were to run concurrently. We affirm.

We have reviewed the record and find the claims of error are without merit; the judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.16(b).

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals his conviction for forcible rape, § 566.030, RSMo 1986, and kidnapping, § 565.110, RSMo 1986. Defendant also appeals the denial of his Rule 29.15 Motion without an evidentiary hearing. We affirm. We have reviewed the record and find defendant's claims of error are without merit. The judgment of the motion court is based on findings of fact that are not clearly erroneous. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rules 30.25(b) and 84.-16(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Keith A. BROWN, Defendant/Appellant.**

**Keith A. BROWN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent/Respondent.**

**Nos. 61495, 63460.**

Missouri Court of Appeals, Eastern District, Division One.

Sept. 21, 1993.

Douglas W. Hartig, Office of the Public Defender, Clayton, Judith Larose, Public Defender, Columbia, for appellant.

John Munson Morris III, Breck K. Burgess, Office of the Atty. Gen., Jefferson City, for respondent.

**In re the MARRIAGE OF Donald Lee PFEIFER and Sandra Sue Pfeifer.**

**Donald Lee PFEIFER, Respondent,**

v.

**Sandra Sue PFEIFER, Appellant.**

**No. 18570.**

Missouri Court of Appeals, Southern District, Division Two.

Oct. 1, 1993.